AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA
V.
Tony VEGA, Jr.

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2004-M-0487-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 7__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) alter a United States passport with intent that the same be used,

in violation of Title __18__ United States Code, Section(s) __1543__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                   Official Title
facts:
See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Mark C. Wankel_ (signature)
Signature of Complainant

Sworn to before me and subscribed in my presence,

10-08-2004  at 11:00 am   at   Boston, Massachusetts
Date                                          City and State

Robert B. Collings
U.S. Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.