AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Tony Vega Jr.
177 Garden Street Lawrence, MA 01841

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 04-M-0487-RBC

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court - Boston<br>Courtroom 14- 5th Floor 11:30 AM (Report to Pre Trial Services 1st) | 1300 Pre Trial Services |
| Before: Magistrate Judge Robert B. Collings | Date and Time<br>10/20/2004 9:00 am |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title    18 USC    United States Code, Section(s)    1543

Brief description of offense:

\*\*\* DEFENDANT SHALL REPORT TO PRETRIAL SERVICES BY :
DEFENDANT SHALL ALSO REPORT TO THE UNITED STATES M
HEARING.

*[signature]*
Signature of Issuing Officer

10/12/2004
Date

Noreen A. Russo, Deputy Clerk.
Name and Title of Issuing Officer

**COPY**