AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

_Tony Vega, Jr._

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _04/m-0487-RBC_

I, _Tony Vega, Jr._, charged in a ☐ complaint ☐ petition pending in this District _Massachusetts_

in violation of _18_, U.S.C., _1543_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a   ☐ examination   ☐ hearing  , do hereby waive (give up) my right to a preliminary  ☐ examination  ☐ hearing.

_3/4/05_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant