IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10248 JLT** |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | COUNT ONE: |
| ANTONIO "TONY" VEGA ) | 18 U.S.C. §1543 |
| a/k/a Pedro Rivas ) | (Possession of Altered Passport) |

### INFORMATION

COUNT ONE: 18 U.S.C. §1543
(Possession of Altered Passport)

The United States Attorney charges:

Beginning on or about sometime prior to August 7, 2004, and continuing until at least August 7, 2004, at North Andover, in the District of Massachusetts, and elsewhere

ANTONIO "TONY" VEGA a/k/a Pedro Rivas

the defendant herein, did willfully and knowingly use an altered United States passport.

All in violation of Title 18, United States Code, Section 1543.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Nadine Pellegrini
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/05)

**05 CR 10248 JLT**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. __II__  Investigating Agency __DSS__

City __North Andover__  Related Case Information:

County __Middlesex__  
Superseding Ind./Inf. _____  Case No. _____  
Same Defendant _____  New Defendant _____  
Magistrate Judge Case Number  __04-M-0487-RBC__  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Tony Vega, Jr.__  Juvenile  [ ] Yes  [x] No

Alias Name __Pedro Rivas__

Address __177 Garden Street, Lawrence, MA 01841__

Birth date (Year only): __1980__  SSN (last 4 #): ____  Sex __M__  Race: __H__  Nationality: __USA__

Defense Counsel if known: __Socrates De La Cruz__  Address: __65 Merrimack Street, Suite 2__  
__Lawrence, MA__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini__  Bar Number if applicable _____

Interpreter:  [ ] Yes  [x] No  List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested  [x] Regular Process  [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____.  
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial  
[x] On Pretrial Release: Ordered by __MJ Collings__ on __3/4/05__

Charging Document:  [ ] Complaint  [x] Information  [ ] Indictment

Total # of Counts:  [ ] Petty ____  [ ] Misdemeanor ____  [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/12/05  Signature of AUSA: /s/ Nadine Pellegrini

05 CR 10248 JLT

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    TONY VEGA, JR.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1543 | Altering of Passport | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**