# DLC
## DE LA CRUZ LAW OFFICES
### ATTORNEY AT LAW

65 MERRIMACK ST., SUITE 2 • LAWRENCE, MA 01843 • TEL. 978-681-5858 • FAX. 978-689-8611

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 05cr10248 -JLT |
| ) | |
| VS.   ) | |
| ) | |
| TONY VEGA JR.  ) | |

### DEFENDANTS MOTION

### FOR REQUEST TO CHANGE HOME ADDRESS

Now comes the defendant in the above referenced case and request this Honorable Court to allow him to move from his present address where he lives with his parents to a new address where he will also live with his parents.

The defendant currently lives with his parents at 77 Basswood Street in Lawrence, MA and would be moving to 76-78 Center Street, first floor in Lawrence, MA. Along with his parents. The reason for the move is that his parents are moving and he lives with them.

The defendant and his attorney have discussed this issue with Thomas O'Brien of pre-trial services and he has no objection to the move.

Dated: October 25, 2005

Respectfully submitted
Tony Vega Jr.,
By his Attorney,

Socrates de la Cruz, B.B.O#640956
65 Merrimack Street Suite 2a
Lawrence, MA 01843
978.681.5858

# DLC
## DE LA CRUZ LAW OFFICES
### ATTORNEY AT LAW

65 MERRIMACK ST., SUITE 2 • LAWRENCE, MA 01843 • TEL. 978-681-5858 • FAX. 978-689-8611

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing appearance has been served on the below date upon:

United States District Court for the District of Massachusetts
Criminal Clerks Office
1 Courthouse Way
Boston, Massachusetts 02210

Assistant United States Attorney
Nadine Pellegrini
1 Courthouse Way Suite 9200
Boston, Massachusetts 02210

Federal Pre-Trial Services
Tom O'Brien
1 Courthouse Way Suite 1200
Boston, Massachusetts 02210

Dated: October 25 2005

_____
Socrates de la Cruz, Esq.