```
           FOR THE DISTRICT OF MASSACHUSETTS
              UNITED STATES DISTRICT COURT
```

UNITED STATES OF AMERICA          :        No. 05-10248-JLT

    v.                             :

ANTONIA VEGA

### Motion to Request Scheduling of Rule 11 Hearing

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, hereby files this Motion requesting the Scheduling of a Rule 11 hearing on the above-captioned case.

On September 13, 2005, the Information in this case was filed with a request for a summons to be issued.  As of the date of this filing, the parties have not yet been notified as to a possible hearing date.

Wherefore, the government respectfully requests that the court schedule a Rule 11 hearing on a date convenient to the court and to all parties.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                       By:   /s/Nadine Pellegrini
                            Nadine Pellegrini
                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Socrates DeLaCruz, Esq.
        65 Merrimack Street, Suite 2
        Lawrence, MA    01843

    This 18th day of November, 2005

                      /s/Nadine Pellegrini
                      Nadine Pellegrini
                      ASSISTANT UNITED STATES ATTORNEY