Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | Criminal No. 05-10248-JLT |
| ) | |
| ANTONIO VEGA            ) | |

## WAIVER OF INDICTMENT

I, ANTONIO VEGA, the above-named defendant, who is accused of knowingly and willfully using an altered U.S. passport on or about August 7, 2004, , in violation of 18 U.S.C. §1543, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on December 7, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Joseph L. Tauro
U.S. District Court Judge