## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket No. **05-CR-10248 JLT** |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTONIO VEGA ) | **ORDER** |
| Defendant ) | |

The sum of $10,000.00 was deposited in the Registry of this Court on March 4, 2005 by Tony Vega, the Surety herein, to secure the appearance of Antonio Vega JR before this Court to answer to charges pending against him.

On December 07, 2005 before the Honorable Joseph L Tauro, the defendant pleaded guilty and on March 02, 2006 was sentenced to probation for a term of 12 months. The defendant was also ordered to pay a $100 special assessment.

**NOW**, upon request received from Tony Vega, Surety, requesting refund of bail, it is

**ORDERED**, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Tony Vega in the amount of $10,000.00 representing the refund of said cash bail.

**Dated:**     March 27 2006

_____
UNITED STATES DISTRICT JUDGE